# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127968

RYAN R. HELVIE,
       Plaintiff-Appellee,

v

       SC: 127968
       COA: 250417
       Ct of Claims: 01-018144-CM

JEFF P. HIDDEMA,
       Defendant,

and

DEPARTMENT OF NATURAL
RESOURCES,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the December 28, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REMAND this case to the trial court for entry of a judgment of no cause of action for the reasons stated in the Court of Appeals dissent.

       We do not retain jurisdiction.

       CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2005

_____
Clerk